**Beverly Ann CASH, Plaintiff–Appellant**

v.

**LOUISIANA STATE, Defendant–Appellee.**

**No. 11–30324**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 30, 2011.

Beverly Ann Cash, Bastrop, LA, pro se.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

For the reason that federal courts have no jurisdiction or authority over a state

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

court judgment about which Beverly Ann Cash complains, and she cannot bring a complaint for what happened before 1982 nor by this means begin a civil rights suit, all explained by the magistrate judge's order of February 16, 2011, 2011 WL 1130396, the federal court correctly held that it lacked jurisdiction.

Affirmed.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.